UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 09466
   JAMES W MALINEK
   CYNTHIA M MALINEK                      CHAPTER 13

                                          JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-3133    SSN XXX-XX-9430
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/24/07 and confirmed on 08/30/07.

2. The case was converted to Chapter 7 after confirmation, 04/25/2008.

3. The Debtor paid a total of $ 3660.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | .00 | .00 | .00 |
| AMCA | UNSECURED | NOT FILED | .00 | .00 |
| AMSHER COLLECTIONS SVCS | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY INVESTMENTS LLC | UNSECURED | NOT FILED | .00 | .00 |
| CBCS | UNSECURED | NOT FILED | .00 | .00 |
| CBE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CONSUMER PORTFOLIO SERVI | UNSECURED | 16710.63 | .00 | 245.21 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST MIDWEST BANK | UNSECURED | NOT FILED | .00 | .00 |
| GOTTLIEB MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIV MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MIDLAND CREDIT MGMT | UNSECURED | 335.45 | .00 | 4.92 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1201.09 | .00 | 17.62 |
| PREFERRED CREDIT | UNSECURED | 1595.72 | .00 | 23.41 |
| PRESIDIO | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN BANK | UNSECURED | NOT FILED | .00 | .00 |

```
TCF BANK                    UNSECURED      NOT FILED              .00           .00
WILL COUNTY MEDICAL ASSO    UNSECURED      NOT FILED              .00           .00
PORTFOLIO RECOVERY ASSOC    UNSECURED          945.38             .00         13.87
       Summary of disbursements:
-----------------------------------------------------------------------------------
                       SECURED     PRIORITY     UNSECURED       OTHER        TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED         .00          .00      20788.27         .00     20788.27
PRINCIPAL PAID             .00          .00        305.03         .00       305.03
INTEREST PAID              .00          .00            .00        .00          .00
TOTAL PAID                 .00          .00        305.03         .00       305.03
```

The Debtor's attorney, JOHN C DENT                    , was allowed $   3500.00
and was paid $    295.00   direct and $    3205.00   through the plan.

The Trustee received $     149.97 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 07/21/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                                PAGE   2
           CASE NO. 07 B 09466 JAMES W MALINEK & CYNTHIA M MALINEK